# United States District Court
# For The Western District of North Carolina
# Asheville Division

GEORGE E. TAYLOR, JR.,

       Plaintiff,                              JUDGMENT IN A CIVIL CASE

vs.                                            1:11-cv-99

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 07/02/2012 Order.

                                                    Signed: August 2, 2012

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court