# United States District Court
## For The Western District of North Carolina
## Asheville Division

GEORGE E. TAYLOR, JR.,

        Plaintiff,                            JUDGMENT IN A CIVIL CASE

vs.                                      1:11-cv-99

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 07/02/2012 Order.

Signed: August 2, 2012

Frank G. Johns, Clerk
United States District Court